United States Bankruptcy Court
Northern District of California

In re: Case No. 26-51326-SLJ
Ravi Shanmugam Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-5 User: admin Page 1 of 3
Date Rcvd: Oct 30, 2026 Form ID: pdfnonrd Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ravi Shanmugam, 601 N. Hillview Dr., Milpitas, CA 95035-4509 |
| 15962456 | + | Celtic Bank, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 15949944 | + | Embark/celtic/vervent/, Transaction Services, 2700 S. Lorraine Pl., Sioux Falls, SD 57106-3657 |
| 15949956 | + | Vervent, 2100 Kettner Blvd, Ste 410, San Diego, CA 92101-1880 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15952712 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 31 2026 02:22:56 | BMO Bank N.A. c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15949937 | ^ | MEBN | Oct 31 2026 01:29:27 | BMO Harris Bank, Attn: Bankruptcy, 99 W Washington St, Chicago, IL 60602-2998 |
| 15949936 | + | Email/Text: nlorenz@bankofmissouri.com | Oct 31 2026 01:47:00 | Bank of Missouri, 916 North Kings Highway, Perryville, MO 63775-1204 |
| 15949938 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2026 02:20:57 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15949939 | + | Email/Text: bankruptcy@celticbank.com | Oct 31 2026 01:47:00 | Celtic Bank Corporation, 268 S. State Street, Ste. 300, Salt Lake City, UT 84111-5314 |
| 15949940 | + | Email/Text: BNKO@cpcrecovery.com | Oct 31 2026 01:47:00 | Central Portfolio Control, 10249 Yellow Circle Drive, Suite 200, Hopkins, MN 55343-9111 |
| 15949941 | | Email/Text: BKBNCNotices@ftb.ca.gov | Oct 31 2026 01:47:00 | Chief Counsel, Franchise Tax Board, c/o General Counsel Section, PO Box 1720 MS: A-260, Rancho Cordova, CA 95741-1720 |
| 15949942 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2026 01:47:00 | Comenity Capital Bank, Attn: Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 15949943 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2026 01:47:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15949945 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 31 2026 01:47:00 | Fortiva Credit Card, P.O.Box 105555, Atlanta, GA 30348-5555 |
| 15949946 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Oct 31 2026 01:47:00 | Franchise Tax Board, PIT Bankruptcy MS: A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 15949947 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2026 01:47:00 | Internal Revenue Service, Centralized Insolvency Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15949948 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2026 02:21:05 | LVNV Funding, 55 BEATTIE PLACE, SUITE 110, Greenville, SC 29601-5115 |
| 15962526 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 31 2026 02:21:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15949949 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2026 01:47:00 | Midland Credit Management, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 15971581 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2026 01:47:00 | Midland Credit Management, Inc., PO BOX 2037, Warren, MI 48090-2037 |
| 15949950 | + | Email/Text: recovery@paypal.com | Oct 31 2026 01:47:00 | PayPal Inc, 2211 NORTH FIRST STREET, C/O CORPORATE LEGAL DEPARTMENT, San Jose, CA 95131-2021 |
| 15949951 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2026 02:23:26 | Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 15949952 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2026 02:20:42 | Synchrony/Mywalgreens Mastercard, PO Box 71710, Philadelphia, PA 19176-1710 |
| 15949953 | + | Email/Text: bncmail@w-legal.com | Oct 31 2026 01:47:00 | Target, co Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15949954 | + | Email/Text: nlorenz@bankofmissouri.com | Oct 31 2026 01:47:00 | The Bank of Missouri, 916 North Kings Hwy, Perryville, MO 63775-1204 |
| 15949955 | | Email/Text: USACAN.BK-Notice@usdoj.gov | Oct 31 2026 01:47:00 | U.S. Attorney, Northern District of California, 10th Floor, Federal Building, Box 10502, 450 Golden Gate Ave., San Francisco, CA 94102 |
| 15949935 | | Email/Text: TAX-CTS-Western.BankruptcyMail@usdoj.gov | Oct 31 2026 01:47:00 | Attorney General, U.S. Dept. of Justice, P.O. Box 683, Ben Franklin Station, Washington, DC 20044 |
| 15949957 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Oct 31 2026 02:23:26 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
| 15960908 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Oct 31 2026 02:22:55 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park MN 55426-4927 |
| 15960239 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Oct 31 2026 02:20:52 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| reqntc | *+ | BMO Bank N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15949958 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 15949959 | *+ | Wells Fargo Bank, NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Devin Derham-Burk | ctdocs@ch13sj.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| W. Kirk Moore | on behalf of Debtor Ravi Shanmugam wkmoore@bayareabk.com MooreKR74385@notify.bestcase.com |

TOTAL: 3

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>RAVI SHANMUGAM<br><br>Debtor | Chapter 13<br>Case No. 26-51326 SLJ |

**TRUSTEE'S STATEMENT OF NON-READINESS FOR CONFIRMATION**

The above case is not ready for confirmation based on outstanding objections to confirmation of the plan or other deficiencies, such as a default on Chapter 13 plan payments. At the scheduled confirmation hearing, the case will be taken off calendar and placed on the Trustee's Pending List ("TPL"), subject to being restored to the confirmation calendar.

Dated: October 30, 2026

/s/ DEVIN DERHAM-BURK
DEVIN DERHAM-BURK, TRUSTEE